UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 22-14322-CIV-MARTINEZ-BECERRA

DIANE TIRADO,

    Plaintiff,

v.

ST. LUCIE PUBLIC SCHOOLS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation all dispositive pretrial matters. (ECF No. 6). On July 19, 2023, Magistrate Judge Becerra filed a Report and Recommendation recommending that Defendant's Motion to Dismiss and/or For More Definite Statement (the "Motion to Dismiss"), (ECF No. 8), be denied. (ECF No. 11.) The Court has reviewed the entire file and record and notes that no objections have been filed, and the time to object has since passed. Therefore, after careful consideration, it is:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 11), is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, it is **ADJUDGED** that:

1. The Motion to Dismiss, (ECF No. 8), is **DENIED**.
2. Defendant has **until and including Friday, August 25, 2023**, to file its answer to the Complaint, (ECF No. 1). Defendant's failure to file its answer by that day may result in appropriate sanctions, including the entry of default, without further warning.

**DONE AND ORDERED** in Chambers at Miami, Florida, this \_11\_ day of August, 2023.

                                                      _____
                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Diane Tirado, *pro se*